IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAREM KURBEGOVICH,

    Plaintiff,               No. 2:09-cv-1720-JFM (PC)

    vs.

UNKNOWN FBI AGENTS IN SACRAMENTO COUNTY,

    Defendants.          ORDER

        Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent to Jurisdiction of United States Magistrate Judge, filed July 1, 2009.

        Plaintiff filed this action on June 22, 2009. By order filed October 9, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days. On October 21, 2009, plaintiff filed a document in which he, inter alia, contests this court's decision to dismiss plaintiff's complaint with leave to amend. In that document, plaintiff states

---

[1] Plaintiff has also requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. It appears from documents filed by plaintiff on October 21, 2009 that he may be barred by 28 U.S.C. § 1915(g) from proceeding in forma pauperis with this action. However, the court will not reach that issue because, for the reasons set forth in this order, the action will be dismissed as duplicative. Plaintiff's motion to proceed in forma pauperis will be denied without prejudice.

1 | that he has "submitted this identical civil rights complaint to all five Calif U.S. District Courts"
2 | and that all courts except the Fresno Division of the Eastern District of California found that
3 | plaintiff had failed to state a claim.  Letter, dated October 21, 2009, at 2.  Plaintiff represents that
4 | a magistrate judge in the Fresno Division held that plaintiff's complaint did state two due process
5 | claims.  Id.  Plaintiff's representations demonstrate that this action is duplicative of the action
6 | filed in the Fresno Division.  Due to the duplicative nature of the present action, this action will
7 | be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 22, 2009 motion to proceed in forma pauperis is denied without prejudice; and

2. This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

DATED: November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
kurb1720.dm